## Supreme Tribe of Ben Hur v. Cosgrove.

(Decided December 9, 1914.)

### Appeal from Jefferson Circuit Court (Common Pleas No. 4).

Insurance—Use of Intoxicants—Evidence.—On an issue as to insured being in good health when reinstated, proof that he used intoxicants to .excess for some time accompanied by proof that such use would naturally affect the health, is admissible as a circumstance in connection with other facts. (See 160 Ky., 595).

ELMER C. UNDERWOOD for appellant.

D. MOXLEY for appellee.

EXTENDED OPINION BY CHIEF JUSTICE HOBSON.

Upon reconsideration of the question, we conclude that the affidavit of Dr. O. H. Kilsall, which was read as his deposition, is sufficient to admit evidence that the de-

ceased used intoxicants as therein supposed, and such evidence should have been admitted on the trial with an admonition to the jury as to the purpose for which it should be considered.

The opinion is extended as indicated.